NO.
12-07-00338-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

MARKO MCGEE,     §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
entered an open plea of guilty to possession of a controlled substance with
intent to deliver and was sentenced to imprisonment for forty years.  We have received the trial court’s certification
showing that Appellant has waived his right to appeal.  See Tex.
R. App. P.  25.2(c)(3)(B).  The clerk’s record supports the trial court’s
certification.  Accordingly, the appeal
is dismissed for want of jurisdiction.

Opinion delivered September
26, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

                                                                

 

 

 

 

 

 

                                                            

 

 

 

(DO NOT PUBLISH)